JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN GUILLEN, an individual,<br><br>      Plaintiff,<br><br>   v.<br><br>MOLINA HEALTHCARE, INC., a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>      Defendants. | CASE NO. 2:20-cv-03487-AB-MRW<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL, WITH PREJUDICE** |

In light of the Consent Order of Dismissal filed by the parties, it is **ORDERED** that the above action be and hereby is **DISMISSED**, with prejudice, each side to bear their own costs and fees.

    SO ORDERED:

    Date: May 11, 2021                                    

                        HON. ANDRÉ BIROTTE JR.,

                        U.S.D.J.

1

ORDER OF DISMISSAL WITH PREJUDICE